DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONKEVIS WILLIAMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D2022-2873 and 4D2022-3329

[January 17, 2024]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case Nos. 15-014714CF10A, 16-009881CF10A, and 16-011799CF10A.

Carey Haughwout, Public Defender, and Virginia Jane Murphy, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, and Anesha Worthy, Senior Assistant Attorney General, West Palm Beach for appellee.

PER CURIAM.

Appellant appeals the order revoking his probation in three cases, arguing the trial court erred in failing to enter a written order specifying the conditions of probation he violated. *See King v. State*, 46 So. 3d 1171, 1172 (Fla. 4th DCA 2010) ("If a trial court revokes a defendant's probation, the court is required to render a written order noting the specific conditions of probation that were violated."). The state agrees reversal and remand is warranted. *See Wright v. State*, 958 So. 2d 594, 595 (Fla. 4th DCA 2007); *Larangera v. State*, 686 So. 2d 697, 698 (Fla. 4th DCA 1996). Accordingly, we reverse and remand for the trial court to enter an amended revocation order listing the specific conditions of probation violated. Appellant's presence is not required for entry of this amended revocation order. *Smith v. State*, 186 So. 3d 596, 597 (Fla. 4th DCA 2016).

*Reversed and remanded with instructions.*

KLINGENSMITH, GROSS and LEVINE, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*